**3**
**TRUDI G. MANFREDO,** Bar No. 166474
Chapter 7 Trustee
377 W. Fallbrook Ave., Ste. 102
Fresno, CA 93711
Telephone: (559) 242-5577
Facsimile: (559) 513-8148

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In the Matter of | Case No. 16-14487-A-7 |
| | Chapter 7 |
| HOMER JOE GONZALES and GRACIELA GONZALES, | DC#: TMT-3 |
| Debtor(s). | Date: January 31, 2018<br>Time: 9:00 a.m.<br>Dept.: A, Courtroom 11, Fresno<br>Honorable Fredrick Clement |

**NOTICE OF ENTRY OF ORDER AUTHORIZING MOTION TO SELL THE BANKRUPTCY ESTATE'S INTEREST IN REAL PROPERTY**

NOTICE IS HEREBY GIVEN that the Order Authorizing Motion to Sell the Bankruptcy Estate's Interest in Real Property annexed hereto was entered by the Court on February 7, 2018.

Dated: 2-22-18

/s/ TRUDI G. MANFREDO
Trudi G. Manfredo, Trustee

1

```
 1 │ 2
   │ **TRUDI G. MANFREDO,** Bar No. 166474
 2 │ Chapter 7 Trustee
   │ 377 W. Fallbrook Ave., Ste. 102
 3 │ Fresno, CA 93711
   │ Telephone:  (559) 242-5577
 4 │ Facsimile:  (559) 513-8148
 5 │
 6 │
 7 │
 8 │            UNITED STATES BANKRUPTCY COURT
 9 │            EASTERN DISTRICT OF CALIFORNIA
10 │                    FRESNO DIVISION
11 │
12 │ In the Matter of          ) Case No. 16-14487-A-7
   │                           )
   │                           ) Chapter 7
13 │                           )
   │ HOMER JOE GONZALES and    ) DC#: TMT-3
14 │ GRACIELA GONZALES,        )
   │                           ) Date:  January 31, 2018
15 │                           ) Time:  9:00 a.m.
   │                           ) Dept.: A, Courtroom 11,
16 │         Debtor(s).        ) Fresno
   │                           ) Honorable Fredrick Clement
17 │
```

**ORDER AUTHORIZING MOTION TO SELL THE BANKRUPTCY ESTATE'S INTEREST IN REAL PROPERTY**

The above-referenced matter came on regularly for hearing before the Honorable Fredrick Clement, United States Bankruptcy Judge, on January 31, 2018 at 9:00 a.m., Department A, Courtroom 11, United States Bankruptcy Court, 2500 Tulare Street, Fresno, California. Trudi G. Manfredo appeared as the Chapter 7 Trustee. There were no other appearances.

The Court, having considered the documents filed in this matter, evidence presented, and there having been no higher and better bid and no opposition to the motion, now, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

RECEIVED
February 06, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006216137

1.  Default of the responding party is entered for failure to appear, timely oppose, or otherwise defend the matter.

2.  Trustee's Motion to Sell the Bankruptcy Estate's Interest in Real Property is granted.

3.  Trustee is authorized to sell the estate's interest in the above described real property to the debtor, Homer Joe Gonzales, for $10,000.00.

4.  Trustee is authorized to sign any and all documents necessary to effectuate the sale pursuant to the terms mentioned in the Motion.

5.  The 14-day stay under Federal Rule of Bankruptcy Procedure 6004(h) is waived.

Presented by:

/s/ Trudi G. Manfredo
TRUDI G. MANFREDO, Trustee

Dated:

Dated: Feb 07, 2018

Fredrick E. Clement
United States Bankruptcy Judge

2