# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | § | Case No. 16-14487 |
| | § | |
| HOMER JOE GONZALES | § | |
| GRACIELA GONZALES | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>12/15/2016</u>. The undersigned trustee was appointed on <u>12/15/2016</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                          $16,500.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $407.80 |
    | Bank service fees | $60.45 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $16,031.75 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/12/2017 and the deadline for filing government claims was 06/13/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,400.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,400.00, for a total compensation of $2,400.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $378.32, for total expenses of $378.32.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/05/2018             By:   /s/ Trudi G. Manfredo
                                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

| Case No.: | 16-14487-A-7 | Trustee Name: | Trudi G. Manfredo |
|---|---|---|---|
| Case Name: | GONZALES, HOMER JOE AND GONZALES, GRACIELA | Date Filed (f) or Converted (c): | 12/15/2016 (f) |
| For the Period Ending: | 3/5/2018 | §341(a) Meeting Date: | 01/23/2017 |
| | | Claims Bar Date: | 06/12/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single-family home 3319 Thompson Ave Selma CA 93662-0000 Fresno County | $200,000.00 | $10,897.63 | | $10,000.00 | FA |
| Asset Notes: | Homer purchasing for $10,000 | | | | | |
| 2 | Duplex or multi-unit building 1804, 1806, 1808, 1810 and 1812 E Front Selma CA 93662-0000 Fresno County Commercial property legally described as: All those portions of Lots 1 to 4 inclusive in Block I of the Town (now City) of Selma, according to the map thereof recorded in Book 3, Page 32 of Plats, Fresno County Records and of Reed's Clock No. 1, as shown on the map of Cooper's Addition to Selma, according to the map thereof recorded in Book 3, Page 16 of Plats, Fresno County Records, described as follows: Commencing at a point on the Southwesterly line of said Lot 1 in Block I, North 42 01' West 23.40 feet from the Southerly corner of said Lot; thence North 48 32 East 80.50 feet; thence along the Southwesterly line of alley North 41 53' West 104.77 feet; thence Southwesterly along the Northwesterly line of Lot 4, 80.75 feet to the most Westerly corner thereof; thence South 42 01' East 103.25 feet along the Northeasterly line of East Fron Street to the point of commencement. APN No. 3 | $160,000.00 | $0.00 | | $0.00 | FA |
| 3 | Single-family home 2221 Floral Ave Selma CA 93662-0000 Fresno County | $152,000.00 | $130,142.48 | OA | $0.00 | FA |
| 4 | Timeshare Unit No. 5445, lntervai17E One Bedroom APN No. 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-22S | $100.00 | $0.00 | | $0.00 | FA |
| 5 | 2006 Toyota Sienna CE mileage: 162,000 Location: 3319 Thompson Ave, Selma CA 93662 | $3,880.00 | $0.00 | | $0.00 | FA |

| Case No.: | 16-14487-A-7 | | | Trustee Name: | Trudi G. Manfredo |
|---|---|---|---|---|---|
| Case Name: | GONZALES, HOMER JOE AND GONZALES, GRACIELA | | | Date Filed (f) or Converted (c): | 12/15/2016 (f) |
| For the Period Ending: | 3/5/2018 | | | §341(a) Meeting Date: | 01/23/2017 |
| | | | | Claims Bar Date: | 06/12/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6 | 2006 Honda Pilot EX mileage: 131,000+ Location: 3319 Thompson Ave, Selma CA 93662 | $5,531.00 | $0.00 | | $0.00 | FA |
| 7 | 2013 Toyota Highlander mileage: 53,000 Joint-debtor's name was used to obtain financing only, payments made and vehicle dri1,1e11byg~s_a \fl)rga.~~ | $20,279.00 | $7,664.00 | | $0.00 | FA |
| 8 | 2001 GMC Jimmy mileage: 145,000+ Driven by son. | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | 2005 Nissan Sentra Vehicle was gifted to grandson but title has not been transferred. | $2,000.00 | $0.00 | | $0.00 | FA |
| 10 | Pop-up Travel Trailer Location: 3319 Thompson Ave, Selma CA 93662 | $500.00 | $0.00 | | $0.00 | FA |
| 11 | 1988 Resort Pull Trailer Location: 2918 E Elkhorn Ave, Selma CA 93662 | $1,500.00 | $0.00 | | $0.00 | FA |
| 12 | Household goods and furnishings Location: 3319 Thompson Ave,Selma CA 93662 | $1,000.00 | $0.00 | | $0.00 | FA |
| 13 | LG Television Location: 3319 Thompson Ave,Selma CA 93662 | $1,000.00 | $0.00 | | $0.00 | FA |
| 14 | 1 Split King Adjustable 1 Split Queen Adjustable Paid for by daughter. | $3,000.00 | $0.00 | | $0.00 | FA |
| 15 | Electronics Location: 3319 Thompson Ave,Selma CA 93662 | $150.00 | $0.00 | | $0.00 | FA |
| 16 | Wearing Apparel Location: 3319 Thompson Ave,Selma CA 93662 | $200.00 | $0.00 | | $0.00 | FA |
| 17 | Personal jewelry Location: 3319 Thompson Ave,Selma CA 93662 | $100.00 | $0.00 | | $0.00 | FA |
| 18 | Business Checking #4977 Union Bank | $474.74 | $0.00 | | $0.00 | FA |
| 19 | Business Checking #8696 Union Bank | $3,647.17 | $0.00 | | $0.00 | FA |
| 20 | Checking #8680 Bank of the Sierra | $173.92 | $0.00 | | $0.00 | FA |
| 21 | Checking #0191 Educational Emoloyees Credit Union | $294.10 | $0.00 | | $0.00 | FA |

| Case No.: | 16-14487-A-7 | Trustee Name: | Trudi G. Manfredo |
|---|---|---|---|
| Case Name: | GONZALES, HOMER JOE AND GONZALES, GRACIELA | Date Filed (f) or Converted (c): | 12/15/2016 (f) |
| For the Period Ending: | 3/5/2018 | §341(a) Meeting Date: | 01/23/2017 |
| | | Claims Bar Date: | 06/12/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22 | 5 desks FMV $250.00 1 fax machine FMV $25.00 3 printers FMV $75.00 Sofa FMV $75.00 18 Filing cabinets FMV $180.00 3 copy machines FMV $75.00 Location: 1810 E Front St, Selma CA 93662 | $255.00 | $0.00 | | $0.00 | FA |
| 23 | Preference issue re Floral property (u) | $0.00 | $6,500.00 | | $6,500.00 | FA |

**TOTALS (Excluding unknown value)**

                     $557,084.93        $155,204.11        $16,500.00        **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 02/14/2018 | Case turned over to assistant for her portion of TFR. |
| 02/02/2018 | Minute order was filed allowing broker to receive $400 for his efforts in selling the property |
| 12/06/2017 | Debtor has offered to buy estate's interest in the real property. |
| 09/28/2017 | Marketing real property continues. Lowered sales price. |
| 06/19/2017 | Order authorizing employment of broker to sell debtor's residence filed. |
| 06/05/2017 | Order approving stipulation with debtor which provides that debtor's exemptions cannot be changed. |
| 03/13/2017 | Looks like there is equity in both residence and commercial property. Ordered preliminary title report. Claims bar date is 6-12-17. |
| 01/23/2017 | Will as realtor to value properties. |

**Initial Projected Date Of Final Report (TFR):** 12/31/2020     **Current Projected Date Of Final Report (TFR):** 12/31/2020

/s/ TRUDI G. MANFREDO
TRUDI G. MANFREDO

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-14487-A-7 | Trustee Name: | Trudi G. Manfredo |
|---|---|---|---|
| Case Name: | GONZALES, HOMER JOE AND GONZALES, GRACIELA | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***1267 | Checking Acct #: | ******4487 |
| Co-Debtor Taxpayer ID #: | **-***1268 | Account Title: | |
| For Period Beginning: | 12/15/2016 | Blanket bond (per case limit): | $42,189,515.00 |
| For Period Ending: | 3/5/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/05/2017 | (23) | Marlene Cabrera | Preference issue re Floral property | 1241-000 | $6,500.00 | | $6,500.00 |
| 12/14/2017 | (1) | HOMER GONZALES | Purchase of 3319 Thompson Ave. | 1110-000 | $10,000.00 | | $16,500.00 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $14.19 | $16,485.81 |
| 01/09/2018 | 3001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $7.80 | $16,478.01 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $24.48 | $16,453.53 |
| 02/07/2018 | 3002 | Berkshire Hathaway Homeservices California Realty | Per Court Order | 3510-000 | | $400.00 | $16,053.53 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $21.78 | $16,031.75 |
| | | | TOTALS: | | $16,500.00 | $468.25 | $16,031.75 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $16,500.00 | $468.25 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $16,500.00 | $468.25 | |

| For the period of 12/15/2016 to 3/5/2018 | | For the entire history of the account between 12/05/2017 to 3/5/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $16,500.00 | Total Compensable Receipts: | $16,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,500.00 | Total Comp/Non Comp Receipts: | $16,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $468.25 | Total Compensable Disbursements: | $468.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $468.25 | Total Comp/Non Comp Disbursements: | $468.25 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 16-14487-A-7 |
| **Case Name:** | GONZALES, HOMER JOE AND GONZALES, GRACIELA |
| **Primary Taxpayer ID #:** | **-***1267 |
| **Co-Debtor Taxpayer ID #:** | **-***1268 |
| **For Period Beginning:** | 12/15/2016 |
| **For Period Ending:** | 3/5/2018 |

| | |
|---|---|
| **Trustee Name:** | Trudi G. Manfredo |
| **Bank Name:** | Integrity Bank |
| **Checking Acct #:** | ******4487 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $42,189,515.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $16,500.00 | $468.25 | $16,031.75 |

| For the period of 12/15/2016 to 3/5/2018 | | For the entire history of the case between 12/15/2016 to 3/5/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $16,500.00 | Total Compensable Receipts: | $16,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $16,500.00 | Total Comp/Non Comp Receipts: | $16,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $468.25 | Total Compensable Disbursements: | $468.25 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $468.25 | Total Comp/Non Comp Disbursements: | $468.25 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ TRUDI G. MANFREDO

TRUDI G. MANFREDO

| Case No. | 16-14487-A-7 | | | | | | | | | **Trustee Name:** | Trudi G. Manfredo | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | GONZALES, HOMER JOE AND GONZALES, GRACIELA | | | | | | | | | **Date:** | 3/5/2018 | |
| Claims Bar Date: | 06/12/2017 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | TRUDI G. MANFREDO<br><br>377 W. Fallbrook Ave., Ste. 102<br>Fresno CA 93711 | 03/03/2018 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,400.00 | $2,400.00 | $0.00 | $0.00 | $0.00 | $2,400.00 |
| | TRUDI G. MANFREDO<br><br>377 W. Fallbrook Ave., Ste. 102<br>Fresno CA 93711 | 05/17/2017 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $378.32 | $378.32 | $0.00 | $0.00 | $0.00 | $378.32 |
| | BERKSHIRE HATHAWAY HOMESERVICES CALIFORNIA REALTY<br>Robert Casey<br>1770 W. Walnut Ave.<br>Visalia CA 93277 | 02/07/2018 | Realtor for Trustee Fees (Real Estate Commissions) | Allowed | 3510-000 | $0.00 | $400.00 | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Per Court Order docket entry 59 | | | | | | | | | | | |
| 1 | NAVIENT SOLUTIONS, INC<br>220 Lasley Ave<br>Barre PA 18706 | 03/15/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,041.00 | $7,193.02 | $7,193.02 | $0.00 | $0.00 | $0.00 | $7,193.02 |
| 2 | U.S. BANK, N.A. DBA U.S. BANK EQUIPMENT FINANCE<br>1310 Madrid Street<br>Marshall MN 56258 | 05/05/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,975.15 | $4,975.15 | $0.00 | $0.00 | $0.00 | $4,975.15 |
| 3 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | 05/30/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $109.98 | $189.27 | $189.27 | $0.00 | $0.00 | $0.00 | $189.27 |
| 4 | MUFG UNION BANK, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE WA 98121 | 06/01/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $72.00 | $2,300.40 | $2,300.40 | $0.00 | $0.00 | $0.00 | $2,300.40 |

| Case No. | | 16-14487-A-7 | | | | | | Trustee Name: | | Trudi G. Manfredo | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | | GONZALES, HOMER JOE AND GONZALES, GRACIELA | | | | | | Date: | | 3/5/2018 | |
| Claims Bar Date: | | 06/12/2017 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | GUILLERMO DE LA ISLA JR<br>c o Thornton Davidson Esq<br>Thornton Davidson P C<br>3451 W Shaw Ave Ste 105<br>Fresno CA 93711 | 06/12/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $100,000.00 | $106,783.34 | $106,783.34 | $0.00 | $0.00 | $0.00 | $106,783.34 |
| 6 | MARIA CABRERA<br>2221 Floral Ave<br>Selma CA 93662 | 12/11/2017 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,500.00 | $6,500.00 | $0.00 | $0.00 | $0.00 | $6,500.00 |

**Claim Notes:** Per TGM allow as timely

| | | | | | | $131,119.50 | $131,119.50 | $400.00 | $0.00 | $0.00 | $130,719.50 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| **Case No.** 16-14487-A-7 | **Trustee Name:** Trudi G. Manfredo |
| **Case Name:** GONZALES, HOMER JOE AND GONZALES, GRACIELA | **Date:** 3/5/2018 |
| **Claims Bar Date:** 06/12/2017 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured § 726(a)(2) | $127,941.18 | $127,941.18 | $0.00 | $0.00 | $0.00 | $127,941.18 |
| Realtor for Trustee Fees (Real Estate Commissions) | $400.00 | $400.00 | $400.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $2,400.00 | $2,400.00 | $0.00 | $0.00 | $0.00 | $2,400.00 |
| Trustee Expenses | $378.32 | $378.32 | $0.00 | $0.00 | $0.00 | $378.32 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 16-14487
Case Name: HOMER JOE GONZALES
GRACIELA GONZALES
Trustee Name: Trudi G. Manfredo

| | |
|---|---:|
| Balance on hand: | $16,031.75 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $16,031.75 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trudi G. Manfredo, Trustee Fees | $2,400.00 | $0.00 | $2,400.00 |
| Trudi G. Manfredo, Trustee Expenses | $378.32 | $0.00 | $378.32 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $2,778.32 |
| Remaining balance: | $13,253.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $13,253.43 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $13,253.43 |

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $127,941.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Navient Solutions, Inc | $7,193.02 | $0.00 | $745.12 |
| 2 | U.S. Bank, N.A. dba U.S. Bank Equipment Finance | $4,975.15 | $0.00 | $515.37 |
| 3 | AMERICAN EXPRESS BANK, FSB | $189.27 | $0.00 | $19.61 |
| 4 | MUFG Union Bank, N.A. | $2,300.40 | $0.00 | $238.30 |
| 5 | Guillermo De La Isla Jr | $106,783.34 | $0.00 | $11,061.69 |
| 6 | Maria Cabrera | $6,500.00 | $0.00 | $673.34 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $13,253.43 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE


|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

**UST Form 101-7-TFR (5/1/2011)**