```
TRUDI G. MANFREDO, Bar No. 166474
Chapter 7 Trustee
377 W. Fallbrook Ave., Ste. 102
Fresno, California 93711
Telephone:  (559) 242-5577
Facsimile:  (559) 513-8148
```

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| In the Matter of | Case No.  16-14487-A-7 |
| | Chapter 7 |
| HOMER JOE GONZALES and GRACIELA GONZALES, | |
| | **ORDER RE PAYMENT OF FEES AND EXPENSES** |
| Debtor(s). | |
| | Dept: A, Courtroom 11, Fresno Honorable Fredrick Clement |

Upon the Trustee's Application for Final Compensation and Reimbursement of Expenses, Report of Receipts and Disbursements, and Notice of Proposed Distribution filed herein by TRUDI G. MANFREDO, Trustee:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.  That Trudi G. Manfredo ("Trustee"), is authorized to pay herself as Trustee herein, the sum of $2,400.00 for commissions allowed for reasonable value of services rendered to the above-referenced estate, and the further sum of $378.32 as reimbursement of

///

RECEIVED
June 06, 2018
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006295431

1    expenses incurred by the Trustee in the administration of the
2    bankruptcy estate.
3    Presented by:

4

    /s/ Trudi G. Manfredo
5    TRUDI G. MANFREDO,
    Chapter 7 Trustee
6

7

8    Dated:

9

10        Dated: Jun 07, 2018

11

12                                       Fredrick E. Clement
                                        United States Bankruptcy Judge